Eastern District of Kentucky
**FILED**

MAY 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**UNITED STATES OF AMERICA**

V.

**INDICTMENT NO.** 6:26-CT-076-REW

21 U.S.C. § 846

**ROBERT W. THALL and
ALISA G. SANDERS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning on or about April 3, 2026, and continuing through on or about April 21, 2026, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**ROBERT W. THALL and
ALISA G. SANDERS**

did conspire with each other and others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1.    By virtue of the commission of the felony offense alleged in this Indictment,

**ROBERT W. THALL and ALISA G. SANDERS** shall forfeit to the United States their

interest in the property, real or personal, they used or intended to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 846 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 846. Any and all interest that **ROBERT W. THALL and ALISA G. SANDERS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$8,097.00 in United States currency seized on April 21, 2026.

3.      If any of the property listed above, as a result of any act or omission of the Defendants, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**W. PEARCE NESBITT**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Forfeiture of listed assets.

**PLUS:**      Restitution, if applicable.